UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

PASCAL EHIMARE,

    Petitioner,

v.    No. 1:20-CV-00228-H

WILLIAM BARR, *et al.*

    Respondents.

## JUDGMENT

For the reasons stated in the Court's order entered today, it is ordered, adjudged, and decreed that the petition for writ of habeas corpus is dismissed without prejudice for lack of subject matter jurisdiction.

Dated November 6, 2020.

JAMES WESLEY HENDRIX
United States District Judge